UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALMA LASERS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMRIT THANDI individually and d/b/a North Cypress Family Practice, <br><br> Defendant. | **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff ALMA LASERS, INC. ("Plaintiff"), a Delaware corporation, by its attorney Kevin P. McJessy, complains of Defendant AMRIT THANDI ("Defendant") individually and d/b/a North Cypress Family Practice as follows.

### SUMMARY OF THIS ACTION

1. On or about November 6, 2022, Plaintiff and Defendant entered into a contract whereby Defendant agreed to purchase from Plaintiff and Plaintiff agreed to sell to Defendant, *inter alia,* medical equipment, marketing, warranty, and shipping in exchange for $214,000.00 plus applicable sales tax.

2. On or about November 15, 2022, Defendant paid Plaintiff a $21,400.00 downpayment and on or about December 22, 2022 Plaintiff invoiced Defendant $210,255.01 for the balance due on its purchase with payment due in thirty (30) days thereafter on January 21, 2023.

3. Plaintiff shipped the equipment to Defendant on or about December 22, 2022, and the equipment was delivered to Defendant's 11700 FM 1960 W, Houston, TX 77065 location on or about December 30, 2022. Defendant retained and used the equipment since that time.

4. Defendant failed to pay the balance owed to Plaintiff.

## JURISDICTION

5. This Court has jurisdiction over this matter based on diversity of citizenship between the parties pursuant to 28 U.S.C. §1332 because the Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00.

## VENUE

6. Venue is proper in this Court because Plaintiff is located within the geographic jurisdiction of this Court and the events giving rise to this cause of action occurred within the geographic jurisdiction of this Court, including the contracting, the administration of the contract, the billing on the contract, and the sale and shipment of equipment under the contract.

7. Venue is also proper in this Court because the contract states that venue is proper in Chicago, Illinois, and because the parties consented to jurisdiction in Illinois.

## THE PARTIES

8. **Alma Lasers, Inc.** Plaintiff is a Delaware corporation with its principal place of business located at 485 E. Half Day Road, Buffalo Grove, Illinois.

9. Plaintiff is a citizen of Delaware and Illinois.

10. **Amrit Thandi.** Defendant is an individual and a citizen of the state of Texas.

## GENERAL ALLEGATIONS

11. On November 6, 2022, Plaintiff and Defendant entered into the contract attached as Exhibit A.

12. Under the terms of the contract, Plaintiff agreed to sell to Defendant and Defendant agreed to purchase from Plaintiff medical equipment, warranty, and shipping of the

2

equipment to Defendant's place of business located at 11700 FM 1960 W, Houston, TX 77065 for $214,000.00 plus applicable sales tax.

13. Defendant signed the contract "Dr. Amrit Thandi" as follows:

| Authorized Customer Name: Dr. Amrit Thandi | Title: MD/owner |
|---|---|
| Authorized Customer Signature: [signature] | Date: 11/6/22 |

The Customer/Company name on the contract states "North Cypress Family Practice" as follows:

Customer/Company Name: [crossed out] North Cyprus Family Practice

North Cypress Family Practice is a ficticious name used by Defendant.

14. The contract provides as follows:

The Customer identified in this Quotation/Purchase Order ("Customer" or "Buyer") agrees to purchase the goods and/or services identified above (the "Products") pursuant to the terms of this Quotation/Purchase Order as well as the document entitled "ALMA LASERS, INC. TERMS AND CONDITIONS OF SALE AND LIMITED WARRANTY," which Buyer acknowledges having received and is incorporated herein by reference.

15. The contract also provides that "Interest shall be charged at the rate of 18% per year or the highest rate permitted by applicable law, whichever is less, on any invoice that is more than 30 days past due."

16. The contract also provides that "Buyer agrees to reimburse Alma for its costs of collection of any past due payments, including applicable court costs and attorneys' fees."

17. The contract also provides that

17. Governing Provisions and Attorneys' Fees. THIS ORDER (INCLUDING THESE TERMS AND CONDITIONS) SHALL BE GOVERNED BY AND CONSTRUED ACCORDING TO THE LAWS OF THE STATE OF ILLINOIS

(WITHOUT REFERENCE TO PRINCIPLES OF CONFLICTS OF LAWS). … The Parties hereby consent to the exclusive jurisdiction and venue of the state and federal courts located in Chicago, Illinois, U.S.A. for the resolution of any disputes between them pertaining to this Order. Buyer hereby waives the right to contest the jurisdiction and venue of said courts located in Chicago, Illinois, U.S.A. If Alma must resort to legal action as a result of a breach by Buyer of any of the provisions of this Order, and if Alma proves to a court that Buyer has breached any of the provisions of this Order, Alma shall be entitled to recover from Buyer its reasonable attorneys' fees and costs incurred in proving such breach.

18. Defendant paid Plaintiff a $21,400.00 downpayment on the contract on or about November 15, 2022 personally using a credit card.

19. Plaintiff subsequently invoiced Defendant for $210,255.01 for the balance due on its purchase on December 22, 2022 with payment due in thirty (30) days on January 21, 2023. True and accurate copies of the December 22, 2022 invoices describing the products and services sold to Defendant—designated as INV-INC107718 and INV-INC107719—are attached as Exhibit B.

20. The invoices clearly state that the "Due Date" is January 21, 2023.

21. The invoices were sent to Defendant.

22. Defendant received the invoices.

23. Plaintiff shipped the equipment to Defendant from Buffalo Grove, Illinois on or about December 22, 2022.

24. The equipment was delivered to Defendant's 11700 FM 1960 W, Houston, TX 77065 location on or about December 30, 2022.

25. Defendant retained and used the equipment since that time.

26. Defendant failed to pay the balance owed to Plaintiff.

27. Under the terms of the contract, interest is accruing at a rate of $103.68 per day since January 21, 2023.

## COUNT I: BREACH OF CONTRACT

28. Plaintiff hereby incorporates paragraphs 1 through 27 as though fully set forth here.

29. Plaintiff and Defendant entered into a contract whereby Defendant agreed to pay Plaintiff for the purchase of medical equipment, warranty, shipping, applicable sales tax, and eighteen percent (18%) interest on any balance more than thirty (30) days past due.

30. Plaintiff fully performed its obligations under the contract.

31. Plaintiff is entitled to payment of all amounts due.

32. Defendant failed to pay the amounts due.

33. Defendant breached the contract.

34. As a direct and proximate result of Defendant's breach of the contract, Plaintiff suffered damages.

35. The contract provides that Plaintiff is entitled to collect attorneys' fees and costs in the event of a lawsuit to collect the amount due.

WHEREFORE, Plaintiff hereby prays for judgment in its favor which orders Defendant:

A. to pay Plaintiff $210,255.01 due on the contract;

B. to pay Plaintiff accrued interest on the amount that is due through the date of judgment pursuant to the contract;

C. to pay Plaintiff's reasonable attorneys' fees and costs incurred in this action pursuant to the contract; and

D. to award Plaintiff such other and further relief as the Court deems just and equitable.

## JURY TRIAL DEMANDED

**ALMA LASERS, INC.**

By:   /s/ Kevin P. McJessy
       One of Its Attorneys

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260
(773) 880-1265 (facsimile)
mcjessy@mcandt.com

# Alma Lasers

**Quotation / Purchase Order**

485 Half Day Road Suite 100, Buffalo Grove, IL 60089
Phone: 224-377-2000   Fax: 646-805-1310

Date: 1/28/2022

## CUSTOMER INFORMATION

| | |
|---|---|
| Customer/Company Name: North Cyprus Family Practice | Sales Rep: Mike McKinney |
| Billing Address: 11700 FM 1960 W | Office Contact Name: Dr. Amrit Thandi |
| Billing City, State, Zip: Houston, TX 77379 | Office/Clinic Phone: 713-894-8894 |
| Shipping Address: SAME | Physician Name (Required): Dr. Amrit Thand. |
| Shipping City, State, Zip: | Physician Email/Phone: 713-894-8894 |

| Part Number | Including | Qty | List Price | Unit Discount | Extended Price |
|---|---|---|---|---|---|
| AATE16112101BA0001 | Ted System | 1 | Included | | Included |
| | • Power cord          • Marketing kit | | Included | | Included |
| | • Installation        • In-service clinical training | | | | |
| | • Operation Manual | 1 | | | |
| Warranty with Loaner | • 1 year of premium limited warranty | 1 | Included | | Included |
| AATE17112102 | Ted Handpiece (included) | 1 | $    - | | $    - |
| AAIM21122101 | Ted Hair Care Kit - 5pk (included) | 4 | $    - | | $    - |
| | | - | $    - | | $    - |
| | GroTrack | - | $    - | | $    - |
| | | - | $    - | | $    - |
| | ACC on site w/ website | - | $    - | | $    - |
| | | - | $    - | | $    - |
| | Recruit MD | - | $    - | | $    - |
| | | - | $    - | | $    - |
| | | - | $    - | | $    - |
| | | - | $    - | | $    - |
| | | - | $    - | | $    - |
| | | - | $    - | | $    - |
| | | - | $    - | | $    - |
| | | - | $    - | | $    - |
| | | Subtotal: | | $    - | $    - |
| | | | | Shipping and Handling | $ ~~950.00~~ |
| | | | | Grand Total* | $ 214,000 |

Order Notes: Includes Soprano Titanium on other page A.T.
* Deposit is refundable if bank approval not obtained A.T.

All specifications are according to Alma Lasers, Inc. printed brochures. Price valid for 30 days.
*Excluding all applicable taxes

### Acceptance of Terms and Conditions and Sale; Prescribing Practitioner Acknowledgement; Payment Terms

The customer identified in this Quotation/Purchase Order ("Customer" or "Buyer") agrees to purchase the goods and/or services identified above (the "Products") pursuant to the terms in this Quotation/Purchase Order as well as in the document entitled "ALMA LASERS, INC. TERMS AND CONDITIONS OF SALE AND LIMITED WARRANTY," which Buyer acknowledges having received and is incorporated by reference herein. Buyer and Alma Lasers, Inc. ("Alma Lasers") expressly disclaim any additional or different terms and conditions. Buyer authorizes Alma Lasers to procure a consumer report (i.e., a credit report) regarding Buyer, and all orders are subject to credit approval by Alma Lasers. The deposit is nonrefundable. Balance to be paid in full upon delivery.

Important note regarding Prescribing Practitioner: U.S. federal law restricts (and state law may also restrict) this medical device to sale or use by or on the order of a physician or other practitioner licensed in the state in which this medical device is used or ordered (a "Prescribing Practitioner"). Buyer represents and warrants to Alma Lasers that the Products are being purchased by or on the order of a properly licensed Prescribing Practitioner. Buyer and Buyer's Prescribing Practitioner are solely responsible for the use and operation of this medical device in accordance with all applicable laws and regulations and medical treatment guidelines, and for ensuring that each operator of this medical device is adequately trained and qualified to use and operate this medical device safely and properly in a clinical setting and to perform medical procedures in accordance with such laws, regulations, and guidelines. Use of this medical device involves certain risks of injury to patients, and Buyer and Buyer's Prescribing Practitioner are responsible for disclosure of such risks to patients and obtaining consent from such patients for such risks. Alma Lasers makes no representations or warranties regarding federal, state, or local laws or regulations or medical treatment guidelines that might apply to the use and operation of this device. Buyer and Buyer's Prescribing Practitioner are solely responsible for contacting state and local licensing agencies regarding requirements applicable to the use and operation of this medical device.

### Credit Card Authorization

| | | | |
|---|---|---|---|
| Credit Card Number: | [REDACTED] | Expiration Date: | [REDACTED] |
| Name on Card: | Amrit Thandi | | |
| Card Billing Address Street: | 9010 Cypress Wood Dr | Security Code: | [REDACTED] |
| Card City, State, Zip: | Spring, TX 77379 | | |

I authorize Alma Lasers, Inc. to charge my nonrefundable credit card deposit in the amount of: $ 21,400.00
All balances, other than the first $25,000 of the original deposit, paid by credit card shall incur an additional 3% fee.

Alma Lasers, Inc. Signature: _____   Date: _____

Authorized Customer Name: Dr. Amrit Thandi   Title: MD/owner

Authorized Customer Signature: /s/ Amrit Thandi   Date: 11/6/22

**PLAINTIFF'S EXHIBIT A**

Scanned with CamScanner

**Enhancing Life** — Alma Lasers

TED | 1 Year Premium with Loaner
Ver. 1 2022

## ALMA LASERS, INC. TERMS AND CONDITIONS OF SALE AND LIMITED WARRANTY

These Terms & Conditions of Sale and Limited Warranty (these "Terms and Conditions") are incorporated into the attached Quotation/Purchase Order (the "Order Form," and, together with these Terms and Conditions, this "Order") between Alma Lasers, Inc. ("Alma") and the person or entity identified in the Order ("Buyer" and collectively with Alma, the "Parties") as purchasing the equipment, goods and/or services identified in the Order Form (the "Products"). The terms in the Order shall constitute the entire agreement between Alma and Buyer with respect to the subject matter hereof, and no other terms and conditions identified in any documentation supplied by Buyer shall have any force and effect.

1. **Prices and Payment.** Until Buyer signs the Order Form and Alma receives the Order Form and ships the Products, all prices are subject to change upon notice to Buyer (notwithstanding the receipt by Alma of the Buyer's deposit (the "Deposit")). The Deposit is payable upon execution of this Order by Buyer and is nonrefundable except as expressly provided in these Terms and Conditions. The balance of the amount due from the Buyer for the purchase of the Products must be paid by Buyer in full upon delivery of the Products, except if otherwise specified in the Order Form. All amounts shall be paid in immediately available U.S. Dollars, without set-off or counterclaim. Interest shall be charged at the rate of 18% per year or the highest rate permitted by applicable law, whichever is less, on any invoice more than 30 days past due. Buyer agrees to reimburse Alma for its costs of collection of any past-due payments, including applicable court costs and attorneys' fees.

2. **Taxes and Other Charges.** Any sales or other tax on the transaction between Alma and Buyer (collectively, "Taxes") shall be paid by Buyer in addition to the prices quoted or invoiced. In the event Alma is required to pay any such Taxes, Buyer shall reimburse Alma for such payments. Any amount identified as a sales or other tax in this Order is provided as an estimate only, and such designation shall not limit Buyer's obligations under this paragraph.

3. **Shipping.** Delivery is FOB Alma's plant or warehouse, freight prepaid. Selection of carrier and routing of shipment shall be at Alma's option. Any delivery dates provided by Alma are approximate only and subject to change. Buyer waives and releases any claims against Alma regarding delivery dates.

4. **Delivery.** Title to, and risk of loss of, the Products shall transfer to Buyer upon shipping of the Products. Claims of errors in packaging must be made in writing to Alma within 10 days after shipment. Failure to give such notice shall constitute unqualified acceptance and a waiver of all such claims by Buyer. Claims of loss or damage to the Products in shipment must be filed with the carrier directly.

5. **No Cancellation or Return.** Except as expressly authorized herein, Buyer may not cancel this Order without Alma's written consent. Buyer may not return any Products, except in strict conformity with the Limited Warranty set forth in this Order. Without limitation to the foregoing, Buyer will be responsible for additional charges imposed by Alma if delivery of any Products is refused for any reason. Such charges will include the full amount of round-trip shipping and handling fees, plus any applicable restocking fees.

6. **Force Majeure.** Alma shall not be liable for any damages as a result of any delay or failure to deliver due to any cause beyond Alma's reasonable control. In the event of any such delay, the date of delivery shall be extended for a period equal to the time lost because of the delay. Buyer's exclusive remedy for Alma's inability to deliver for any reason shall be cancellation of this Order and the refund of all sums paid to Alma hereunder (including the Deposit).

7. **Security Interest.** Until Buyer pays Alma in full for all amounts due under this Order, Buyer grants to Alma a purchase money security interest in the Products (including all parts, proceeds, and accessories) to secure payment of such amounts. Buyer authorizes Alma to file or record a UCC statement showing Alma's interest in all such collateral in all jurisdictions determined advisable by Alma and will execute any document confirming such interest as may be requested by Alma. Buyer will not encumber the Products with any other lien or attachment prior to payment in full.

8. **Changes.** Alma may at any time make such changes in design and construction of the Products as Alma deems appropriate. If the design of the Products purchased hereunder is materially changed prior to shipment, Alma shall notify Buyer of such change as soon as reasonably practicable after such change. In the event of any such change, Buyer may accept the Products with such change, or Buyer may cancel this Order and receive a refund of all sums paid to Alma hereunder (including the Deposit).

9. **Installation.** Installation of the Products at Buyer's facility shall be completed by Alma directly or by Alma's designated representative at a time convenient to the Parties. Subject to the terms and conditions hereof, Alma shall provide to Buyer Alma's standard training in the use and operation of the Products. Availability of training offered by Alma shall expire one year from delivery of Products. In the event Buyer schedules training with Alma but cancels the scheduled training with less than 7 days' advanced written notice to Alma, Buyer agrees to pay a fee of $2,500 for rescheduling the training. Any marketing services scheduled to be provided to Buyer as described in the Order Form must be utilized by Buyer within 12 months of the date of installation of the Products or such marketing services are waived. Buyer will be responsible for installation of any consumables associated with the Products that are later purchased by the Buyer. Buyer's installation of non-Alma consumables may adversely impact Product performance.

10. **Indemnity.** Buyer shall indemnify and hold Alma harmless against any and all losses, liabilities, damages and expenses (including, without limitation, attorneys' fees and other costs of defending any action) which Alma may incur as a result of any claim by Buyer or third parties arising out of or in connection with the purchase or use of any Product (including, without limitation, any claim arising from misuse or improper use of any Product), whether by Buyer or any other person (whether or not authorized by Buyer), and any claim arising from any modification to or alteration of any Products (except to the extent expressly authorized by Alma), except for express obligations of Alma under the limited warranty set forth in this Order. Buyer shall promptly notify Alma if it receives notice of any claims by third parties pertaining to any Product.

11. **Compliance with Law.** Buyer is solely responsible for the use and operation of the Products in accordance with all applicable laws, regulations, and medical and treatment guidelines, and for ensuring that each operator of this medical device is adequately trained and qualified to use and operate this device. Alma Lasers makes no representations or warranties regarding federal, state or local laws or regulations, or medical or treatment guidelines. Use of this medical device involves certain risks of injury to patients. Buyer is solely responsible for ensuring that patients are informed of and consent to these risks. Improper use of this device increases the risk of injury to patients.

12. **Software.** To the extent that any Products contain computer software or firmware or other code ("Embedded Software"), Alma grants to Buyer a non-exclusive, non-transferable license to use the Embedded Software solely in the form provided as part of the Products to operate the Products. All rights are reserved by Alma in such Embedded Software. Buyer will not reverse engineer, disassemble, decompile, or seek access to any Embedded Software, except and only to the extent that such activity is permitted by applicable law notwithstanding this provision. Except for the foregoing limited license, the sale of Products hereunder shall in no way be deemed to confer upon Buyer any right or interest in or license to any patent, patent application, design, copyright, trademark, service mark or trade name or any other proprietary or intellectual property right of Alma relating to the Products sold hereunder.

13. **Technical Information.** Any sketches, models or samples, any software, or any design or production techniques made available by Alma to Buyer shall remain the property of Alma. Such sketches, models and samples, software, and design and production techniques shall be treated as confidential information of Alma and may not be used or disclosed by Buyer without the express written consent of Alma, unless Alma has made such information generally available to the public without restriction.

14. **Manuals, Brochures, and Instructions; Training.** Any and all operating manuals, instructions, brochures, warnings and the like concerning the Products supplied hereunder are supplied as an aid to Buyer and are not represented to be accurate, complete, or sufficient for every use or purpose, or for treatment of every patient, in Buyer's clinical setting. Buyer warrants that it shall train all of its employees and/or third party users of the Products purchased by Buyer hereunder, and that it shall cause such employees and/or third parties to use the Products properly and safely.

15. **Insurance.** Buyer shall, at Buyer's sole cost and expense, keep the Products purchased pursuant to this Order insured against all risks of loss or damage from every cause whatsoever for not less than the full replacement cost thereof for as long as any amounts are owed by Buyer to Alma for such Products. All insurance shall be in such form and for such amounts, and issued by such companies, as shall be acceptable to Alma and shall name Alma and Alma's assignee or secured party as loss payees with respect to the casualty coverage, and shall provide that the insurer will give Alma or Alma's assignee at least 30 days' prior written notice of the effective date of any alteration or cancellation of such policy. Buyer shall, upon Alma's request, deliver to Alma satisfactory evidence of the required insurance coverage. Insurance proceeds as a result of loss or damage to any of the Products shall be applied to satisfy Buyer's obligation hereunder. Buyer irrevocably appoints Alma as Buyer's attorney-in-fact to make a claim for, receive payment of, and execute and endorse all documents, checks, or drafts received in payment for loss or damage under any such insurance policy.

16. **Equipment Password.** Buyer acknowledges and agrees that certain equipment included in the Products requires Buyer to enter a password issued by Alma to operate said equipment and that the equipment will require a new password every 30 days ("Password Cycle"), and that such equipment will become disabled after the password for the applicable Password Cycle has expired unless the applicable new password is entered. So long as any Buyer's account with Alma (including but not limited to those accounts covered by this Order) does not have a past due amount, Alma shall supply Buyer with a new password to be used during the next Password Cycle. However, Alma reserves the right to not issue such new password at any time that any past due amount remains unpaid for any account Buyer has with Alma. Buyer shall not circumvent or attempt to circumvent any of the technological features that control operation of the Products that are described in this paragraph.

---

**Alma Lasers Inc. U.S. Headquarters**
485 Half Day Road, Suite 100 | Buffalo Grove, IL 60089 | Tel: 224-377-2000 | Fax: 646-805-1310 | info@almalasers.com


Scanned with CamScanner



Enhancing Life

TED | 1 Year Premium with Loaner
Ver. 1.2022

17. **Governing Provisions and Attorneys' Fees.** THIS ORDER (INCLUDING THESE TERMS AND CONDITIONS) SHALL BE GOVERNED BY AND CONSTRUED ACCORDING TO THE LAWS OF THE STATE OF ILLINOIS (WITHOUT REFERENCE TO PRINCIPLES OF CONFLICTS OF LAWS). The Parties hereby agree to exclude application of the United Nations Convention on Contracts for the International Sale of Goods (1980). The Parties hereby consent to the exclusive jurisdiction and venue of the state and federal courts in Chicago, Illinois, U.S.A. for the resolution of any disputes between them pertaining to this Order. Buyer hereby waives the right to contest the jurisdiction and venue of said courts located in Chicago, Illinois, U.S.A. If Alma must resort to legal action as a result of a breach by Buyer of any of the provisions of this Order, and if Alma proves to a court that Buyer has breached any of the provisions of this Order, Alma shall be entitled to recover from Buyer its reasonable attorneys' fees and costs incurred in proving such breach.

18. **Interpretation.** The Parties have participated, or had the opportunity to participate in, the negotiation of this Order or requested, or had the opportunity to request, amendments to this Order, and no presumption or burden of proof shall arise favoring or disfavoring any party by virtue of the authorship of any provisions of this Order. In the event any provision of this Agreement shall be deemed to be invalid, illegal, or unenforceable, the validity, legality and enforceability of the remaining provisions shall not in any way be affected or impaired thereby. The Parties agree to replace any invalid provision with a valid provision which most closely approximates the intent and economic effect of the invalid provision. Except as expressly set forth herein, this Order is for the sole benefit of the Parties hereto, and nothing herein expressed or implied shall be construed to give any other person or entity any rights hereunder. This Order may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. The signature of any party to any counterpart shall be deemed a signature to, and may be appended to, any other counterpart.

19. **Amendment and Assignment.** This Order may be amended only by written agreement of the Parties executed by their authorized officers. No waiver by Alma of any default or breach by Buyer will operate as or be deemed a waiver of any subsequent default or breach. Alma may assign this Order to a parent, affiliate, financial concern, or purchaser of its business. This Order may not be otherwise assigned in whole or in part, and any such assignment will be void and of no force or effect. Subject to the foregoing, this Order shall inure to the benefit of the Parties and their permitted successors and assigns.

20. **Limited Warranty With Loaner.**

    a. Alma warrants to Buyer that the Products, other than (a) consumable components or accessories, and (b) disposable components or accessories, shall be free from defects in material and workmanship for a period of 12 months from the date of installation, but in no event more than 13 months from the date of shipment (in the event that installation occurs more than one month after shipment), or (c) for the Duo Applicators: the earlier of 1 year or 18,000 shocks (the "Warranty Period"). During such Warranty Period, Alma shall either repair or replace, at Alma's sole option, any warranted parts of the Products. Such repair or replacement shall be conditioned upon Alma receiving written notice of the requested repair within ten days after its discovery and, at Alma's option, either return of such parts to Alma at Alma's facility in Buffalo Grove, IL, or repair hereunder.

    b. Upon receipt of a written notice of a requested repair, if Products cannot be repaired pursuant to telephone instructions, Alma shall in its discretion either repair the Products at the Buyer's location or through depot service. If Alma elects to perform repair of Products at Buyer's location, Buyer will provide Alma personnel with access to the Products. As part of any depot service, during the period covered by this warranty, within two business days of such notice, Alma shall ship a loaner unit to Buyer. Upon receipt of such loaner unit, Buyer shall immediately ship to Alma its unit and Alma's Service Department will, to the extent reasonably practicable, repair the unit (or, at Alma's sole discretion, replace the unit) and ship it back to Buyer. Upon receipt of the repaired or replacement unit, Buyer shall immediately ship Alma's loaner unit back to Alma. Alma will bear the costs of shipment, provided that Buyer completes such shipping in accordance with Alma's packing and shipping instructions. If, upon inspection, Alma determines that either the Products are no longer covered by this warranty or that the repair is not a covered repair, Alma shall charge Buyer for the cost of such repair and associated shipping costs. Title to any loaner unit shall at all times remain with Alma, and Buyer shall not take any action which may cause the loaner unit to be encumbered with any mortgage, lien, pledge or other attachment or encumbrance, and any such purported transaction shall be void and not of force or effect. To the extent that notwithstanding the foregoing any act or failure to act on the part of the Buyer creates any mortgage, lien, pledge or other attachment or encumbrance on a loaner unit, Alma is authorized to discharge such encumbrance by payment to the holder thereof and Buyer shall immediately reimburse Alma for all amounts incurred in connection therewith.

    c. THE FOREGOING LIMITED WARRANTY CONSTITUTES ALMA'S SOLE LIABILITY FOR DEFECTS. THIS LIMITED WARRANTY IS EXCLUSIVE AND IN LIEU OF ALL OTHER REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED, WRITTEN OR ORAL. ALMA DISCLAIMS AND EXCLUDES ANY AND ALL OTHER WARRANTIES, WHETHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR ANY PARTICULAR PURPOSE AND ANY WARRANTIES ARISING FROM COURSE OF DEALING OR USAGE OF TRADE.

    d. The above Limited Warranty shall be void and of no effect: (a) if the warranted Product is not installed by an authorized Alma representative; (b) if anyone other than an authorized Alma representative removes a Product casing or attempts to make any modifications or repairs to the warranted product or makes any attachments or additions to the warranted Product; (c) if the warranted Product is damaged by anyone other than an authorized Alma representative; (d) if the warranted product is not operated in accordance with Alma's instructions; (e) if the warranted product has not been properly maintained or has been subjected to misuse, negligence or abnormal conditions; (f) if non-Alma consumable components or accessories are used with or attached to the warranted Product in any manner relevant to the requested repair; or (g) if a warranted Product is moved from the site of its original installation by anyone other than authorized Alma personnel. In addition, this Limited Warranty shall be void if the warranted Product is resold or leased to any party other than the original Buyer or if any money owed to Alma by Buyer is more than 30 days past due. In no event shall the repair or replacement of the Products or any part thereof extend the period of warranty set forth herein. Alma's liability with respect to the warranted Products shall be limited to the warranty provided hereof, and shall be limited to the price of the warranted Products.

21. **Limited Warranty, Consequential Damages, and Limitation of Other Liability.** Alma's liability with respect to any claimed defects in the Products sold hereunder shall be as set forth in the Limited Warranty above, and any damages shall be limited to the price of the Products. ALMA SHALL NOT BE SUBJECT TO ANY OTHER OBLIGATIONS OR LIABILITIES, WHETHER ARISING OUT OF BREACH OF CONTRACT, WARRANTY, TORT (INCLUDING NEGLIGENCE AND STRICT LIABILITY) OR OTHER THEORIES OF LAW, WITH RESPECT TO PRODUCTS SOLD OR SERVICES RENDERED BY ALMA, OR ANY UNDERTAKINGS, ACTS OR OMISSIONS RELATING THERETO. ALMA SHALL NOT BE LIABLE FOR ANY CONSEQUENTIAL, INCIDENTAL, CONTINGENT, SPECIAL, PUNITIVE OR INDIRECT DAMAGES WHATSOEVER, AND ALMA HEREBY DISCLAIMS ANY AND ALL SUCH DAMAGES. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, ALMA SPECIFICALLY DISCLAIMS ANY LIABILITY FOR PROPERTY OR PERSONAL INJURY DAMAGES, PENALTIES, DAMAGES FOR LOST PROFITS OR REVENUES, LOSS OF USE OF THE PRODUCT, COST OF CAPITAL, COST OF SUBSTITUTE PRODUCTS, FACILITIES OR SERVICES, DOWN-TIME, SHUT-DOWN, SLOW-DOWN COSTS OR ANY OTHER TYPES OF ECONOMIC LOSS, OR FOR CLAIMS OF BUYER'S CUSTOMERS, CLIENTS OR PATIENTS, OR ANY THIRD PARTY FOR ANY SUCH DAMAGES. WITHOUT LIMITATION OF THE FOREGOING, IN NO EVENT WILL ALMA'S LIABILITY FOR ANY FAILURE OF PERFORMANCE OR OTHER BREACH OF THIS ORDER, FOR ANY BREACH OF THE LIMITED WARRANTY INCLUDED HEREIN, OR OTHERWISE ARISING UNDER OR IN ANY WAY RELATING TO THIS ORDER, EXCEED THE PRICE ACTUALLY PAID BY BUYER FOR THE PRODUCT FROM WHICH SUCH LIABILITY ARISES (OR, IN THE EVENT SUCH LIABILITY DOES NOT ARISE IN CONNECTION WITH ANY SPECIFIED PRODUCT, THE TOTAL PRICE ACTUALLY PAID BY BUYER HEREUNDER), AND BUYER HEREBY WAIVES AND RELEASES ANY CLAIMS AGAINST ALMA IN EXCESS OF SUCH AMOUNTS.

A.T.
**Buyer's Initials**

11/6/22
**Date**

**Alma Lasers Inc. U.S. Headquarters**
485 Half Day Road, Suite 100 | Buffalo Grove, IL 60089 | Tel: 224-377-2000 | Fax: 646-805-1310 | info@almalasers.com





**Invoice No: INV-INC107718**

**Company Details:**

Alma Lasers, Inc.

Alma Lasers, Inc.
485 Half Day Road, Suite 100
Buffalo Grove IL 60089
United States

**Phone:** 224-377-2000

**Toll Free:** 866-414-2562

**Customer Portal:** almaacademyonline.com

**Email:** customerservice@almalasers.com

**Invoice Details:**

**Customer Number:** 1043378 North Cypress Family Practice and Laser Center
**Sales Rep:** Michael McKinney
**Payment Terms:** Net 30
**Invoice Date:** 12/22/2022
**Due Date:** 01/21/2023
**PO:**
**Ship VIA:** Love Express

**Bill To:**

North Cypress Family Practice and Laser Center
11700 FM 1960 W
Houston Texas 77065
United States

**Ship To:**

North Cypress Family Practice and Laser Center
11700 FM 1960 W
Houston Texas 77065
United States

| Item | Description | Qty Shipped | Qty Ordered | Serial #/ Lot # |
|---|---|---|---|---|
| AASP05091845BSR0001 | Soprano Titanium System 230V | 1 | 1 | SPT014247 |
| Warranty | Warranty | 1 | 1 | |
| AASP30111208 | Diode 3D Trio 4cm HP for Soprano Titanium | 1 | 1 | STM3D44323 |
| AASP30111205 | Diode 810nm Speed 2cm HP for Soprano Ice Platinum Edition / Titanium | 1 | 1 | PLT1222210 |
| AASP03071370 | Facial Tip for Trio/ Speed/ Alex/ Compact | 1 | 1 | |
| COSM16112114 | Body Firming Kit | 5 | 5 | |
| COSM16112105 | CBD+ FemiBright Serum (15 ml) | 5 | 5 | 211 4D |
| EXPE1090009 | Aesthetic Circle Consulting Onsite & Web | 1 | 1 | |
| RepeatMD2 | Patient Rewards Program 12mths | 1 | 1 | |
| Referral | Referral | 1 | 1 | |
| Shipping and Handling | Shipping and Handling | 1 | 1 | |

1 of 2





**Invoice No: INV-INC107718**

| | |
|---|---|
| **Order Total** | $131,850.00 |
| **Sales Tax** | $10,877.63 |
| **Invoice Total** | $142,727.63 |
| **Payment Applied** | $0.00 |
| **Balance Due** | $142,727.63 |

**Follow us on:**

 

Facebook   Twitter

 

LinkedIn   Instagram

**Please Remit Payment To:**
Alma Lasers, Inc.
Attn: Accounts Receivable
485 Half Day Road, Suite 100
Buffalo Grove, IL 60089-8806
USA

2 of 2



## Invoice No: INV-INC107719

**Company Details:**

Alma Lasers, Inc.

Alma Lasers, Inc.
485 Half Day Road, Suite 100
Buffalo Grove IL 60089
United States

**Phone:** 224-377-2000

**Toll Free:** 866-414-2562

**Customer Portal:** almaacademyonline.com

**Email:** customerservice@almalasers.com

**Invoice Details:**

**Customer Number:** 1043378 North Cypress Family Practice and Laser Center

**Sales Rep:** Jason Grisnik

**Payment Terms:** Net 30

**Invoice Date:** 12/22/2022

**Due Date:** 01/21/2023

**PO:**

**Ship VIA:** Love Express

**Bill To:**

North Cypress Family Practice and Laser Center
11700 FM 1960 W
Houston Texas 77065
United States

**Ship To:**

North Cypress Family Practice and Laser Center
11700 FM 1960 W
Houston Texas 77065
United States

| Item | Description | Qty Shipped | Qty Ordered | Serial #/ Lot # |
|---|---|---|---|---|
| AATE16112101BA0001 | Alma TED System 110 -120V 50/60HZ | 1 | 1 | ATED012287 |
| Warranty | Warranty | 1 | 1 | |
| AATE17112102 | TED Applicator | 1 | 1 | TED012301 |
| AAIM21122101 | TED+ Hair Care Kit | 2 | 2 | |
| AAIM21122101 | TED+ Hair Care Kit | 4 | 4 | |
| AAIM22112101 | TED Detachable Tip (Includes Disposable Tip Set X50) | 0.04 | 0.04 | |
| EGGG21122101 | Hair Care Elixir | 2 | 2 | |
| COSM16112111 | Anti-aging Kit | 10 | 10 | |
| GroTrack | Patient Rewards Program 6mths | 1 | 1 | |
| Shipping and Handling | Shipping and Handling | 1 | 1 | |



**Invoice No: INV-INC107719**

**Follow us on:**


Facebook


Twitter


LinkedIn


Instagram

**Please Remit Payment To:**

Alma Lasers, Inc.
Attn: Accounts Receivable
485 Half Day Road, Suite 100
Buffalo Grove, IL 60089-8806
USA

| | |
|---|---|
| **Order Total** | $82,150.00 |
| **Sales Tax** | $6,777.38 |
| **Invoice Total** | $88,927.38 |
| **Payment Applied** | $21,400.00 |
| **Balance Due** | $67,527.38 |

2 of 2