UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALMA LASERS, INC., a Delaware corporation,<br>                              Plaintiff,<br><br>    v.<br><br>AMRIT THANDI individually and d/b/a North Cypress Family Practice,<br>                              Defendant | 23 CV 14604<br><br>Honorable Judge Georgia N. Alexakis<br><br>Magistrate Judge Kim |

## **CONSENT ORDER**

WHEREAS, Plaintiff Alma Lasers, Inc. a Delaware corporation with its principal place of business in Illinois ("Plaintiff") and defendant Amrit Thandi a citizen of Texas ("Defendant") have entered into a Settlement Agreement dated December 5, 2024 that has been reviewed by this Court;

WHEREAS Plaintiff and Defendant have agreed that Plaintiff's claims in this lawsuit should be settled and compromised on the terms set forth in the Settlement Agreement and this Consent Order ("Order");

WHEREAS, Defendant acknowledges service of the complaint in this matter and admits to the jurisdiction of this Court over her and the subject matter of this action.

WHEREAS, Plaintiff and Defendant entered into the Settlement Agreement to resolve all matters in controversy in this action and now consent to entry of this Order by this Court to enforce the Settlement Agreement; and

WHEREAS, upon consideration of the record herein, and as agreed to by the parties, the Court finds that it has jurisdiction to enter this Order;

NOW THEREFORE, IT IS ORDERED, ADJUDGED, and DECREED that:

(1) Defendant shall pay Plaintiff sixty seven five hundred twenty-seven and 38/100 dollars ($67,527.38) payable in four payments as follows:

    (a) Defendant shall pay Plaintiff sixteen thousand eight hundred eighty-one and 86/100 dollars ($16,881.86) on December 5, 2024;
    (b) Defendant shall pay Plaintiff sixteen thousand eight hundred eighty-one and 84/100 dollars ($16,881.84) on March 5, 2025;
    (c) Defendant shall pay Plaintiff sixteen thousand eight hundred eighty-one and 84/100 dollars ($16,881.84) on June 5, 2025; and,
    (d) Defendant shall pay Plaintiff sixteen thousand eight hundred eighty-one and 84/100 dollars ($16,881.84) on September 5, 2025.

(2) Time is of the essence for the payment due dates in paragraph 1. If Defendant fails to make any payment on or before the date when the payment is due according to paragraph 1 or if Defendant otherwise defaults under the terms of the Parties' Settlement Agreement, then Plaintiff shall have the irrevocable right (a) to have the dismissal without prejudice vacated, and (b) to reinstate this lawsuit for the purpose of amending or otherwise modifying this order and having a final judgment order entered against Defendant in (i) the amount due for the TED System of $67,527.38, (ii) plus $22,076.95 in reasonable attorneys' fees incurred as part of the Lawsuit, (iii) plus interest of eighteen percent (18%) (or $33.30/day) from January 21, 2023 through the date of entry of a final judgment, (iv) plus Plaintiff's reasonable attorney's fees and costs incurred to enforce this Order, and (v) less any payments made by Defendant pursuant to the terms of this Order.

(3) The case is otherwise dismissed without prejudice and with leave to reinstate by a motion filed on or before September 1, 2025.

(4) In the event that a motion to reinstate is not filed on or before September 1, 2025, then this case shall be deemed to be dismissed with prejudice without any further order of this Court.

(5) Upon receipt by Plaintiff of full and timely payment of amounts due under this Consent Order, Plaintiff shall release and discharge Defendant from any and all claims, demands, causes of action of whatever kind or nature, in law, equity or otherwise, known or unknown, for amounts owed by Defendant to Plaintiff pursuant to this Order.

(6) This Court retains jurisdiction to enforce this Order.

| ALMA LASERS, INC. | AMRIT THANDI |
|---|---|
| By: s/ Kevin P. McJessy | By: /s/ Colleen McClure |
| One of Its Attorneys | One of Her Attorneys |

Kevin P. McJessy
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
mcjessy@MCandT.com

Colleen M. McClure
Attorney at Law
6046 FM 2920, #425
Spring, Texas 77379
Colleen.mcclure@att.net

ENTERED: 1/17/25

Judge Georgia N. Alexakis
United States District Court Judge